UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 17-20407-CR-COOKE

UNITED STATES OF AMERICA,

    Plaintiff,

V.

VLADIMIR NEVIDOMY

    Defendant(s).
_____/

### ORDER

**THIS CAUSE** came before the Court and pursuant to proceedings It is thereupon, PURSUANT TO THE ARREST OF THE ABOVE NAMED DEFENDANT, THIS CASE IS HEREBY **UNSEALED**.

**DONE AND ORDERED** at Miami, Florida this 26th day of June, 2017.

_____
JONATHAN GOODMAN
UNITED STATES MAGISTRATE JUDGE