UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20407-CR-COOKE

UNITED STATES OF AMERICA,

    Plaintiff,

Vs

**DMITRII MAKARENKO,**

    Defendant(s).
_____/

**ORDER**

It appearing to the court that the above named defendant is a fugitive from justice, it is therefore,

**ORDERED AND ADJUDGED** that this defendant be removed from the Court's Pending Case List and shall place the defendant on the Clerk's Fugitive Case List.

**DONE AND ORDERED** in Chambers at the United States District Courthouse at Miami, Florida this 3rd day of January 2018.

_____
MARCIA G. COOKE
United States District Judge

cc:    Counsel of Record